Karellen Stephens
7135 SW 54th Avenue
Portland, OR 97219
503-977-7935
karellen.stephens@comcast.net

Plaintiff in Pro Per

FILED 18 APR '12 11:18 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **KARELLEN STEPHENS, et al.,** | Case No. 3:11-cv-01497-MO |
| Plaintiffs, | |
| v. | **NOTICE OF APPEAL** |
| **MULTNOMAH COUNTY, et al.,** | |
| Defendants. | |

Notice is hereby given that Karellen Stephens, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the 3rd day of April, 2012.

Pursuant to FRAP Rule 3-1, the plaintiff need not pay the docket fee upon filing this notice of appeal because the district court has granted the plaintiff status in *forma pauperis*.

Dated: April 18, 2012

Page 1 – NOTICE OF APPEAL

Respectfully Submitted by,

*[signature]*

Karellen Stephens
7135 SW 54th Avenue
Portland, OR 97219
503-977-7935
karellen.stephens@comcast.net

Plaintiff in Pro Per

Page 2 – NOTICE OF APPEAL

        Telephone: 503-224-0055
        Fax: 503-222-5290
            Of Attorneys for Defendants Scott Kocher, Richard Vangelisti, and Vangelisti Kocher, LLP.

DATED: April 18, 2012.

                                    /s/ Karellen Stephens
                                    Karellen Stephens
                                    7135 SW 54th Avenue
                                    Portland, OR 97219
                                    503-977-7935

                                    Plaintiff in Pro Per